FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 17 2010

JAMES W. McCORMACK, CLERK
By: _Daclson_
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

TERESA HAINES                                                    PLAINTIFF

v.                        Case No. 2:09-CV-174-JMM

SELECT CLASSIC CARRIERS, INC.                              DEFENDANT

LIBERTY MUTUAL INSURANCE COMPANY                        INTERVENOR

## ORDER ALLOWING INTERVENTION

NOW on this __17__ day of ___Feb___, 2010, there comes before the Court the

Motion to Intervene and Brief in Support of Motion to Intervene filed by Liberty Mutual

Insurance Company, and the Court, having considered said Motion and Brief, finds that

said Motion should be granted, and that Liberty Mutual Insurance Company should be,

and hereby is, allowed to file its intervention in this cause.

IT IS SO ORDERED.

_James M Moody_

HONORABLE JAMES M. MOODY
U. S. District Judge