*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA HAINES | | PLAINTIFF |
| vs. | CASE NO.   2:09cv00174 JMM | |
| SELECT CLASSIC CARRIERS, INC. | | DEFENDANT |
| LIBERTY MUTUAL INSURANCE COMPANY | | INTERVENOR |

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Joe J. Volpe, the Court finds that this case should be dismissed.   The jury trial scheduled April 18, 2011, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE